IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LISA BLACKSTON, | § | |
| | § | |
| Appellant Below, | § | No. 114, 2026 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DELAWARE DEPARTMENT OF | § | C.A. No. K25A-08-001 |
| HEALTH AND SOCIAL | § | |
| SERVICES, DIVISION OF | § | |
| SOCIAL SERVICES, | § | |
| | § | |
| Appellee. | § | |

Submitted: July 7, 2026
Decided: July 14, 2026

## ORDER

On June 1, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Lisa Blackston, because she had not filed an opening brief by the May 28 deadline set by the Court after Blackston moved for an extension. On June 11, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Blackston to show cause why this appeal should not be dismissed for the failure to file an opening brief. Blackston received the notice by June 26. To date, Blackston has

neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice